

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-26-00033-CR

---

IN RE JOHN HENRY GARBER

---

Original Mandamus Proceeding

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

Relator, John Henry Garber, has filed a petition for a writ of mandamus asking this Court to compel the trial court to rule on pending motions in three cases in the trial court.

Garber's petition, however, lacks the required certification that he "has reviewed the petition and concluded that every factual statement in the petition is supported by competent evidence included in the appendix or record." TEX. R. APP. P 52.3(k); *see CMH Homes v. Perez*, 340 S.W.3d 444, 453 n.8 (Tex. 2011) (remanding a matter that could not be considered as an appeal for consideration as a mandamus petition, expressing confidence that the briefing would be revised to "fully comply with Rule 52 on remand to the court of appeals"); *In re Accident Fund Gen. Ins. Co.*, 543 S.W.3d 750, 752 (Tex. 2017) (per curiam) (orig. proceeding) (denying a petition for non-compliance with Rules 52.1, 52.3(e), and 52.7 of the Texas Rules of Appellate Procedure).

Accordingly, we deny Garber's petition.


Jeff Rambin
Justice

Date Submitted:    March 13, 2026
Date Decided:    March 16, 2026

Do Not Publish